IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No. 3:21-mj-140 |
| ) | |
| v. ) | |
| ) | *UNDER SEAL* |
| TONYA RENEE WELLS ) | |
| (Related to 3:19-cr-360-FDW) ) | |
| ) | |

## ORDER SEALING MATERIAL WITNESS COMPLAINT, AFFIDAVIT, ARREST WARRANT, AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the material witness Complaint, the Affidavit, the Arrest Warrant, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the material witness Complaint, the Affidavit, the Arrest Warrant, the Motion to Seal, and this Order, be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to Steven.Kaufman@usdoj.gov).

SO ORDERED this 1st day of June 2021.

Signed: June 1, 2021

_____
David C. Keesler
United States Magistrate Judge

2