# ATTACHMENT A:
### Affidavit in Support of Material Witness Warrant for Tonya Renee Wells

I, M. Clint Bridges, Task Force Officer (TFO), U.S. Drug Enforcement Administration (DEA), presently assigned to Charlotte, North Carolina, being duly sworn, state:

## BACKGROUND/INTRODUCTION

1. I am a Task Force Officer in the State of North Carolina within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations and to make arrests for offenses enumerated in Titles 18, 19, 21, and 31 of the United States Code and other related offenses. I am also a Detective with the Gastonia Police Department (GPD) and have been a police officer since December 2002. I am currently assigned as a Task Force Officer for the U.S. Drug Enforcement Administration (DEA).

2. As a Detective and Task Force Officer assigned to DEA, I have investigated street-level distributors and large-scale drug trafficking organizations utilizing many investigative techniques. I have actively participated in multiple narcotics investigations, undercover drug purchases, searches and seizures, surveillance, intelligence analysis, drug reversals, conspiracy investigations, arrests, and interviews and interrogations. I have obtained and executed search warrants, conducted interviews of suspects, and utilized confidential informants to conduct numerous investigations. I have conducted multiple investigations regarding the unlawful importation, possession, and distribution of controlled substances and conspiracies associated with criminal narcotics, in violation of state and federal offenses. I have also conducted multiple investigations regarding bulk cash smuggling and money laundering, which are commonly derived from money proceeds of narcotics trafficking. Based upon my training and experience, I am familiar with narcotic traffickers' methods of operation, including the distribution, storage, and

transportation of narcotics as well as the collection and concealment of money proceeds of narcotics trafficking.

3. As a result of my personal participation in the investigation of matters referred to in this Affidavit, and based upon reports made to me by other law enforcement officials, I am familiar with the facts and circumstances of this investigation. The information contained in this Affidavit is provided for the limited purpose of establishing probable cause in support of a material witness arrest Warrant for the above-captioned Defendant; therefore, I have not included each and every fact known to me concerning this investigation.

## SYNOPSIS OF INVESTIGATION

1. I submit this Affidavit in support of a Warrant for a material witness in a pending criminal case, *United States v. Coleman Boyd Cockrell*, 3:19-cr-360-FDW, that is, Tonya Renee Wells is a material witness in the Cockrell trial currently pending trial on July 6, 2021. I am one of the two co-case agents involved in the Cockrell investigation.

2. On May 17, 2019, a confidential informant ("CI") arranged for Coleman Boyd Cockrell to bring a quantity of methamphetamine to the Shell Gas Station on Sam Wilson Road, Charlotte, North Carolina. When officers approached the vehicle in which Cockrell was parked at the aforementioned Shell Gas Station, Cockrell was in the driver's seat and Tonya Renee Wells was in the front passenger's seat. Cockrell had a backpack in his lap that was found to contain 96 grams of 90% pure methamphetamine.

3. In subsequent jail calls with Tonya Renee Wells, Coleman Boyd Cockrell made incriminating statements.

4. On or about August 31, 2020, I hand-served a subpoena on Tonya Renee Wells requiring that she testify at the trial against Coleman Boyd Cockrell. I asked for her phone number and asked her to keep in contact with me if her number changes in the future.

5. Since serving Tonya Renee Wells with the trial subpoena, she has moved from her residence and changed her phone number. I have attempted to reach her at a new phone number for her, provided by a reliable source of information in February 2021, but she has not answered my several calls or text messages.

6. Tonya Renee Wells is a well-known methamphetamine addict. In addition, on May 3, 2021, she was arrested in possession of several grams of methamphetamine. I have tried to use the address and phone number in that police report to contact Wells, but to no avail.

## CONCLUSION

For the foregoing reasons, I submit that there is probable cause for the Court to issue a material witness Warrant for Tonya Renee Wells; thus, I request that the Court issue the same.

/s/ M. Clint Bridges
AFFIANT, TASK FORCE OFFICER M. CLINT BRIDGES
U.S. DRUG ENFORCEMENT ADMINISTRATION

*AUSA Steven R. Kaufman has reviewed this Affidavit.*

In accordance with Rule 4.1(b)(2)(A), the Affiant attested under oath to the contents of this Affidavit, which was submitted to me by reliable electronic means, on this 1st day of June, 2021, at 3:45 pm.

Signed: June 1, 2021

David C. Keesler
United States Magistrate Judge