IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-MJ-140-DCK-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TONYA RENEE WELLS, ) | |
| ) | |
| Material Witness. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To Dismiss Material Witness Warrant" (Document No. 15) filed May 11, 2022. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the Government's "Motion To Dismiss Material Witness Warrant" (Document No. 15) is **GRANTED**. The Material Witness Warrant (Document No. 4) shall be **DISMISSED** for good cause shown.

**SO ORDERED**.

Signed: May 12, 2022

David C. Keesler
United States Magistrate Judge